UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOCELYN FLOOD,

                         Plaintiff,                    **ORDER**
                                                    CV 11-6005 (JS)(ARL)

     -against-

TARGET CORPORATION,

                         Defendant.
------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendant's letter application dated April 5, 2013, seeking to compel plaintiff to produce Dr. Eric Keefer to appear for a deposition by May 7, 2013. Defendant's application is granted there being no objection. *See Greenberg Letter*, dated April 10, 2013.

      Also before the court is plaintiff's request to videotape the deposition of Dr. Keefer "to be used at the time of trial in lieu of Dr. Keefer's appearance." Plaintiff states that she would bear the cost of the deposition. Defendant opposes the application. Plaintiff's application to videotape the deposition is granted. However that portion of plaintiff's application which seeks to use the videotaped deposition at trial is denied; such use would be subject to a ruling by the district court at the time of trial.

Dated: Central Islip, New York                **SO ORDERED:**
         April 17, 2013

                                                     _____/s/_____
                                                     ARLENE ROSARIO LINDSAY
                                                     United States Magistrate Judge